Wayne Douglas STRICKLAND,
Plaintiff–Appellant,

v.

Tommy RICKMAN, Ricky Agan, et
al., Defendants–Appellees.

No. 04–15101.
Non–Argument Calendar
D.C. Docket No. 01–00043–CV–HLM–4.

United States Court·of Appeals,
Eleventh Circuit.

June 22, 2005.

Matthew Crawford, Dow, Lohnes & Albertson, PLLC, Atlanta, GA, for Plaintiff–Appellant.

Aaron Bradford Mason, Attorney General's Office, Matthew L. Hilt, Harvey S. Gray, Gray, Rust, St. Amand, Moffett & Brieske,LLP, Atlanta, GA, Jonathan A. Weintraub, Decatur, GA, for Defendants–Appellees.

Before DUBINA, BLACK and PRYOR, Circuit Judges.

PER CURIAM.

Appellant Wayne Douglas Strickland brought an action in the United States District Court for the Northern District of Georgia under 42 U.S.C. § 1983. Specifically, Strickland contends that the defendants used excessive force against him while Strickland was an inmate at the Floyd County Detention Center in Rome, Georgia. After a bench trial, tried before the district court, the court entered a judgment in favor of the defendants and against Strickland.

After reviewing the record and reading the parties' briefs, we affirm the district court's judgment based on its well-reasoned order filed on August 26, 2004.

AFFIRMED.